UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOWARD A. CARTER,  )
    *Plaintiff*,  )     Civil Action No. 1:16-cv-00007-BR-SPB
      )
v.  )
      )
      )
KATHLEEN KANE, et al.,  )
    *Defendants*.  )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, Plaintiff's Objections, and the balance of record, **HEREBY ORDERS**:

(1) The Court **PARTIALLY ADOPTS** the Report and Recommendation.

(2) Defendants Cerwin, Pettri, Cho, and Cherck are **DISMISSED** due to Plaintiff's failure to prosecute.

(3) Defendant Randolph will not be dismissed until Plaintiff has had an opportunity to submit a USM-285 form; he will have 30 days from the date of this order to do so.[1]

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 12th day of December, 2016

                                             s/Barbara J. Rothstein
                                             Barbara J. Rothstein,
                                             United States District Judge

---

[1] Plaintiff's Objections indicate that he attached a USM-285 form for Defendant Randolph (*see* Dkt. No. 60), but the court docket indicates receipt of no such document. Plaintiff is ordered to resubmit the USM-285 for Defendant Randolph.